IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA FURGUSON | : | CIVIL ACTION |
| v. | : | |
| PATHMARK, INC. et. al. | : | NO. 13-778 |

### ORDER

AND NOW, this 17th day of July, in accordance with the Jury's Verdict in the above captioned case,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Plaintiff Barbara Ferguson and against Defendants Pathmark, Pathmark Stores, Inc., Pathmark International Inc. and The Great Atlantic & Pacific Tea Company, Inc., in the amount of $792,968.16 .

BY THE COURT

JOHN R. PADOVA        J.

Civ 1 (8/80)