IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA FERGUSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE GREAT ATLANTIC & PACIFIC | : | |
| TEA CO., INC., ET AL. | : | NO. 13-778 |

## ORDER

**AND NOW**, this 16th day of December, 2013, upon consideration of Defendants' "Motion for Judgment Notwithstanding the Verdict or, In the Alternative, Motion for Post-Trial Relief in the form of a New Trial or Remittitur" (Docket No. 34), and Plaintiff's response thereto, and for the reasons set forth in the accompany Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.